# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TERRY A. DICKEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV414-063 |
| STAN KOCH & SONS TRUCKING CO., INC., | ) ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Plaintiff Terry A. Dickey seeks leave to file this employment-discrimination case without prepayment of the Court's filing fee. Doc. 2. The Court will grant leave to proceed *in forma pauperis* (IFP) if the plaintiff demonstrates that he cannot, because of poverty, afford to pay the costs of litigation and still provide for himself and any dependents. 28 U.S.C. § 1915(a); *Adkins v. E.I. Dupont de Nemours*, 335 U.S. 331, 339 (1948); *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2007). While a plaintiff need not be absolutely destitute in order to proceed IFP, the fact that financing his own litigation may cause some

1

difficulty is not sufficient to relieve a plaintiff of his obligation to pay his own way where it is possible for him to do so without undue hardship. *Id.*

Dickey attests that he is employed and earns $500 to $700 a week ($18,000 in the past year), plus the $6,000 that he receives in entitlement benefits. Doc. 2 at 2. He also owns a $34,000 East Dublin, Georgia home and a 1997 Cadillac. *Id.* at 3. He discloses $2,600 in debt and lists his wife as a dependent. *Id.* In that he is able the pay the Court's filing fee without undue hardship, his IFP motion (doc. 2) should be **DENIED**.

**SO REPORTED AND RECOMMENDED** this __25th__ day of April, 2014.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA