# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TERRY A. DICKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV414-063 |
| ) | |
| STAN KOCH & SONS ) | |
| TRUCKING CO., INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Terry A. Dickey filed this employment discrimination case but has failed to serve his defendant within the 120 days demanded by Fed. R. Civ. P. 4(m). The Court thus directs him, within 14 days of the date this Order is served, to show cause why his case should not be dismissed for violating Rule 4(m).

**SO ORDERED** this  30th  day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA