# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TERRY A. DICKEY, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STAN KOCH & SONS )<br>TRUCKING CO., INC., )<br>)<br>Defendant. ) | Case No. CV414-063 |

## REPORT AND RECOMMENDATION

Plaintiff Terry A. Dickey, acting *pro se*, filed this employment discrimination case but failed to serve the defendant within the 120 days demanded by Fed. R. Civ. P. 4(m). The Court thus directed him to show cause why his case should not be dismissed for violating Rule 4(m). Doc. 8. Dickey's response does not even acknowledge Rule 4(m)'s requirements, but instead rehashes the merits of his claims. Doc. 9. Accordingly, his case should be **DISMISSED WITHOUT PREJUDICE**.

**SO REPORTED AND RECOMMENDED** this 10TH day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA